IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2059-D

| | | |
|---|---|---|
| SHALAN WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INMATE GRIEVANCE RESOLUTION | ) | |
| BOARD and ISSAC ROGERS, | ) | |
| | ) | |
| Respondent. | ) | |

On April 6, 2026, Shalan Wilson ("Wilson" or "petitioner"), a state inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1]. On April 20, 2026, Wilson filed a corrected petition [D.E. 4]. Wilson moves for leave to proceed in forma pauperis [D.E. 5]. On June 29, 2026, Wilson was transferred out of state pursuant to an interstate compact. See Offender Pub. Info., N.C. Dep't of Adult Correction, https://webapps.doc.state.nc.us/opi/offendersearch.do?method=view (search by inmate name) (last visited July 16, 2026).

Wilson was required to notify the court of his change of address within 14 days of his transfer, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the action without prejudice for Wilson's failure to advise the court of his new address and for failure to prosecute. The court DENIES AS MOOT Wilson's motion for leave to proceed in forma pauperis [D.E. 5]. The clerk shall close the case.

SO ORDERED. This 16 day of July, 2026.

___Dever___
JAMES C. DEVER III
United States District Judge
